AUSA: Jasmine Moore                    Telephone: (313) 226-9100
Special Agent: Matthew Rummel          Telephone: (313) 202-3400

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| United States of America | | |
|---|---|---|
| v. | Case No. | Case: 2:23−mj−30142<br>Assigned To : Unassigned<br>Assign. Date : 4/6/2023<br>USA V. SEALED MATTER (CMP)(CMC) |
| Sherrod James Slayton | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 6, 2022 _____ in the county of _____ Jackson _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew A. Rummel, Special Agent (ATF)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ April 6, 2023 _____

_____
*Judge's signature*

City and state: Detroit, Michigan

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR
A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Matthew A. Rummel, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND BACKGROUND**

1.      I am a Special Agent with the U.S. Department of Justice - Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so since September 2014. I am currently assigned to Detroit Field Division. Prior to joining the ATF, I was employed, for approximately eight years, as a State Parole Agent with the Michigan Department of Corrections. During that time, for approximately four years, I was assigned to a multi-jurisdictional task force made up of federal, state, and local law enforcement agencies. I have participated in numerous investigations involving firearms, narcotics trafficking by armed individuals, fraud, robberies, assaults, homicides, and criminal street gangs. I have been the affiant on numerous federal search warrants and federal criminal complaints. I have a Bachelor's degree in criminal justice, and I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator School and ATF's Special Agent Basic Training school.

2.      I submit this affidavit in support of a criminal complaint charging that, on or about November 6, 2022, within the Eastern District of Michigan, **Sherrod**

1

**James SLAYTON**, DOB XX/XX/1989, an individual having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that had previously traveled in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

3.      This affidavit is based upon information I have gained from my investigation, my training and experience, and from information provided by law enforcement officers and others who have personal knowledge of the events and circumstances described herein.  The information set forth in this affidavit is in support of a complaint and arrest warrant and is for the limited purpose of establishing probable cause; this affidavit, therefore, does not include all the information collected during this investigation and about which I am aware.

### PROBABLE CAUSE

4.      ATF, along with local law enforcement partners, is conducting a criminal investigation concerning violent crime in and around Jackson County, Michigan, including, but not limited to, the theft of numerous firearms from Federal Firearm Licensees (FFL) and the subsequent trafficking of those firearms. In late 2021, a string of FFL burglaries occurred in and around Jackson, to include a gun store in Ingham County in which twenty-two (22) firearms were stolen.

5.      On November 6, 2022, at approximately 2:25 p.m., Jackson Police Department Sergeant Lillie observed a white 2019 Nissan Maxima make an

improper lane change out of the left turn lane to continue north on West Ave.,

cutting off another vehicle that was southbound turning east onto Michigan Ave.

The vehicle continued north on West Ave. then turned west on Norfolk. As Sgt.

Lillie caught up to the vehicle it was stopped at the stop sign turning north onto

Webster where he initiated a traffic stop. The driver was identified as Sherrod

James SLAYTON.

6.      SLAYTON is on Felony probation and consented to a search of his

person and vehicle, but nothing was located, and he was released from the scene.

7.      Approximately 20 minutes following the stop, a construction worker

working near the traffic stop called 911 to report finding a loaded firearm in the

roadway on Norfolk, just west of West Avenue, along the path Slayton had taken

prior to being stopped.

8.      Jackson Police responded, spoke to the caller, and collected the

firearm. The firearm was a Glock 19, Gen 5, 9mm, bearing serial number

BNNG118 and was loaded with fifteen (15) live rounds. The firearm came back

stolen from the FFL, previously referenced in this affidavit.

9.      The firearm was swabbed for trace DNA evidence and placed on

evidence. Jackson Police subsequently obtained a State search warrant authorizing

the collection of SLAYTON's DNA.

10.     On February 8, 2023, the Michigan State Police Forensic Science

Laboratory completed a comparison of the trace evidence collected from the stolen

firearm to SLAYTON's DNA collected pursuant to the State search warrant. Based

on the DNA typing results from the firearm swabs, it was determined that it was

approximately 1.1 octillion times more likely that the trace evidence originated

from Sherrod James SLAYTON. The lab determined this to be "Very Strong

Support" that it was SLAYTON's DNA on the firearm.

11.     I have consulted with ATF Special Agent (S/A) Michael Parsons, an

interstate firearms nexus authority. S/A Parsons has determined that the firearm

was manufactured outside the state of Michigan and has therefore previously

traveled in interstate commerce.

12.     I have queried the National Crime Information Center (NCIC) – a

criminal records database – for Sherrod James SLAYON, which revealed he had

previously been convicted of a felony.  Specifically, in 2016, he pled guilty in the

4th Circuit Court of Michigan (Jackson County) of Weapons-Concealed, in

violation of Mich. Comp. Laws §§ 750.227, and Felony Police Officer Assaulting/

Resisting/Obstructing, and was sentenced to imprisonment. In 2021, he pled guilty

in the 4th Circuit Court of Michigan (Jackson County) to Felony Controlled

Substances Delivery and Manufacture, in violation of Mich. Comp. Law §

333.74012A4, and was sentenced to Felony Probation. These offenses are

punishable by imprisonment for a term exceeding one year. He is therefore

4

prohibited by law from possessing a firearm that has traveled in interstate or

foreign commerce.

## CONCLUSION

13.    Based on the above, I respectfully submit there is probable cause to

find that, in or around November 2022, within the Eastern District of Michigan,

Sherrod James SLAYTON, after having been convicted of a crime punishable by

imprisonment for a term exceeding one year, did knowingly possess a firearm that

had previously traveled in interstate and foreign commerce, in violation of Title 18,

United States Code, Section 922(g)(1).

Respectfully submitted,

Matthew A. Rummel, Special Agent
Bureau of Alcohol, Tobacco, Firearms
and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Date:   April 6, 2023